# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEREK PAYNE

NO. 2021 KW 0473

**JULY 6, 2021**

---

In Re:    Derek Payne, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 1403-16.

---

**BEFORE: CHUTZ, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motions filed with the district court, the district court's rulings on the motions, the bill of information, the commitment order, all pertinent minute entries and/or complete transcripts, and any other portion of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before August 31, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**WRC**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_Ramuel Reed_
DEPUTY CLERK OF COURT
FOR THE COURT